**Charles Terrence BARLOW, Petitioner–Appellant,**

v.

**Stephen M. DEWALT, Respondent– Appellee.**

No. 01–7134.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Charles Terrence Barlow, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Charles Terrence Barlow appeals from the district court's order dismissing his 28 U.S.C. § 2241 (1994) petition without prejudice, which the court properly construed as a 28 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Barlow v. Dewalt,* No. CA–01–401–5–BR (E.D.N.C. filed June 12, 2001; entered June 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*